Abran E. Vigil (Nevada Bar No. 7548)
Sylvia O. Semper (Nevada Bar No. 12863)
Holly Priest (Nevada Bar No. 13226)
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
priest@ballardspahr.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>CORNERSTONE HOMEOWNERS ASSOCIATION, a Nevada corporation,<br><br>Defendant. | Case No. 2:15-cv-00699-APG-VCF<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER AUTHORIZING RECORDATION OF RESCISSION OF TRUSTEE'S DEED UPON SALE** |

WHEREAS, this Court, having reviewed the pleadings and papers on file herein and for good cause appearing;

IT IS HEREBY ORDERED that the Joint Motion Authorizing Recordation of Rescission of the Trustee's Deed Upon Sale is GRANTED.

IT IS FURTHER ORDERED that the Office of Clark County Recorder may record the Rescission of Trustee's Deed Upon Sale that rescinds Instrument No. 04126 recorded on September 30, 2013 for APN#137-12-212-163.

IT IS SO ORDERED.

DATED this __27th__ day of __April__, 2016.

_____
DISTRICT COURT JUDGE

DMWEST #11979920 v3